IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20611
Summary Calendar
_____


UNITED STATES OF AMERICA,

                    Plaintiff-Appellee,

v.

LOUIS BERNARD DAVIS,

                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CR H 95-235-4)
_____
April 16, 1997
Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Louis Bernard Davis is a codefendant of Deon Tarral
McDaniel, both having been charged with robbery and use of a
firearm in a crime of violence.  Davis also pleaded guilty and
was sentenced with McDaniel.  Davis appeals his guilty-plea
conviction and sentence.  The pertinent facts of both appeals are
identical, and Davis raises essentially the same claims as

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

1

McDaniel.  We disposed of McDaniel's claims in *United States v. McDaniel*, No. 96-20610, which was issued today, and for the reasons given in *McDaniel*, we AFFIRM Davis's guilty-plea conviction and sentence.